JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　　v.<br><br>CARLOS JONATHAN<br>GONZALEZ BECERRA,<br>　　Defendant. | CV 20-9941 DSF<br><br>JUDGMENT |

    The Court having denied Defendant's Motion under 28 U.S.C. § 2255,

    IT IS ORDERED AND ADJUDGED that Defendant's sentence is not vacated, set aside, or corrected.

    IT IS SO ORDERED.

Date: November 4, 2020

                                          Dale S. Fischer<br>                                          United States District Judge